# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. AND TOSHIBA CORPORATION, <br><br> Defendants. | Case No. 8:16-CV-01800-JVS-AGR <br><br> **JOINT STIPULATION RE DISMISSAL WITH PREJUDICE** <br><br> Before: The Hon. James V. Selna |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SPEX Technologies, Inc. ("SPEX") and Defendants Toshiba America Electronic Components, Inc. and Toshiba Corporation ("Defendants"), by and through their attorneys of record, hereby STIPULATE as follows:

1. SPEX's Complaint (Dkt. No. 1), and all causes of action asserted therein against Defendants, are hereby dismissed with prejudice.

2. The parties' previous stipulated dismissal of Toshiba America, Inc., without prejudice (Dkt. No. 34) is hereby converted to a dismissal with prejudice.

2. Each party shall bear its own costs, expenses, and attorneys' fees.

A Proposed Order to this effect is attached.

Dated: September 4, 2020

Respectfully submitted,

**RUSS AUGUST & KABAT**

By: */s/ Marc A. Fenster*

Marc A. Fenster, State Bar No. 181067
Ben Wang, SBN 228712
Paul A. Kroeger, SBN 229074
Andrew D. Weiss, State Bar No. 232974
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Tel:  (310) 826-7474
Fax:  (310) 826-6991
Email:  mfenster@raklaw.com
Email:  bwang@raklaw.com
Email:  aweiss@raklaw.com

*Attorneys for Plaintiff*
SPEX Technologies, Inc.

**BRACEWELL LLP**

By: */s/ Douglas F. Stewart*

1
**JOINT STIPULATION RE DISMISSAL WITH PREJUDICE**

Douglas F. Stewart

Douglas F. Stewart (*pro hac vice*)
doug.stewart@bracewelllaw.com
Jared Schuettenhelm (SBN 267885)
jared.schuettenhelm@bracewelllaw.com
Bracewell LLP
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7018
(206) 204-6200 (t)
(800) 404-3970 (f)

David J. Ball (*pro hac vice*)
david.ball@bracewelllaw.com
Bracewell LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 508-6100 (t)
(800) 404-3970 (f)

Martin Pitha (SBN 192447)
mpitha@lp-lawyers.com
Lillis Pitha LLP
2 Park Plaza, Suite 480
Irvine, CA 92614
(949) 209-9020 (t)
(949) 759-1845 (f)

Attorneys for Defendants TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., and TOSHIBA CORPORATION

2
**JOINT STIPULATION RE DISMISSAL WITH PREJUDICE**

**SIGNATURE ATTESTATION**

The undersigned attests that, pursuant to Local Rule 5-4.3.4(a)(2), concurrence in the filing of this document has been obtained from counsel for all other signatories listed, and on whose behalf the filing is submitted, and counsel concur in the filing's content and have authorized the filing.

Dated:  September 4, 2020                **RUSS AUGUST & KABAT**

MARC A. FENSTER
BENJAMIN T. WANG
PAUL A. KROEGER
ANDREW D. WEISS
JACOB R. BUCZKO
JUSTIN E. MAIO

By: /s/ MARC A. FENSTER
        MARC A. FENSTER

*Attorneys for Plaintiff*
SPEX Technologies, Inc.

1
**JOINT STIPULATION RE DISMISSAL WITH PREJUDICE**

## CERTIFICATE OF SERVICE

I hereby certify pursuant to the Federal Rules of Civil Procedure and LR 5-3 and 5-4 that **JOINT STIPULATION RE DISMISSAL WITH PREJUDICE** was served upon the attorney(s) of record for each party through the ECF system as identified on the Notice of Electronic Filing on September 4, 2020.

By: */s/ Marc A. Fenster*
Marc A. Fenster