JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. AND TOSHIBA CORPORATION,<br><br>Defendants. | Case No. 8:16-CV-01800-JVS-AGR<br><br>**ORDER RE JOINT STIPULATION RE DISMISSAL WITH PREJUDICE**<br><br>Before:  The Hon. James V. Selna |

## ORDER

The Court having received the Joint Stipulation Re Dismissal With Prejudice filed by Plaintiff SPEX Technologies, Inc. ("SPEX") and Defendants Toshiba America Electronic Components, Inc. and Toshiba Corporation ("Defendants"), by and through their attorneys of record, IT IS HEREBY ORDERED:

1. SPEX's Complaint (Dkt. No. 1), and all causes of action asserted therein against Defendants, are hereby dismissed with prejudice.
2. The parties' previous stipulated dismissal of Toshiba America, Inc., without prejudice (Dkt. No. 34) is hereby converted to a dismissal with prejudice.
2. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: September 08, 2020

James V. Selna
United States District Judge

Russ, August & Kabat

1
**ORDER RE JOINT STIPULATION RE DISMISSAL WITH PREJUDICE**